```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 05868
  DOLLET SMITH
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-7856

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/22/06 and confirmed on 08/29/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  12023.96 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG          .00            .00          .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE      6687.15            .00      6687.15
LAKEWOOD VALLEY HOA      UNSECURED           800.00            .00       800.00
UTILITY RESOURCE SOLUTIO UNSECURED         NOT FILED           .00          .00
          Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER          TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  6687.15         .00       800.00          .00        7487.15
PRINCIPAL PAID      6687.15         .00       800.00          .00        7487.15
INTEREST PAID           .00         .00           .00         .00             .00
TOTAL PAID          6687.15         .00       800.00          .00        7487.15
The Debtor's attorney, WILLIAM E JAMISON JR      , was allowed $       .00
and was paid $       .00 .

The Trustee received $    230.92 .

Refunds to the Debtor totaled $   4305.89 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 07/25/07                 /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
CASE NO. 06 B 05868 DOLLET SMITH
```